# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**Chambers of**  **U.S. Courthouse - Chambers 5D**
**Richard D. Bennett**  **101 W. Lombard Street**
**United States District Judge**  **Baltimore, MD 21201**
**Northern Division**  **Tel:  410-962-3190**
**Fax: 410-962-3177**

November 30, 2018
**LETTER ORDER**

TO COUNSEL OF RECORD

    RE:   *Arvey v. Hart to Heart Transportation Services, Inc., et al.*
           Civil No. RDB-13-01554

Dear Counsel:

    This will confirm the telephone conference of today which was held pursuant to this Court's Order previously entered (ECF#63).  Counsel have advised the Court that the Government will intervene in this case and that an Amended Complaint will be filed on this date.  Furthermore, counsel have indicated that any claims against the Defendant Peninsula Regional Medical Center will be dismissed.  The **STAY** previously entered in this case is now **LIFTED**.

    Consistent with this Court's earlier Order of August 8, 2018 (ECF#63) the **two-week Jury Trial remains scheduled for September 9, 2019**.  The **Pretrial Conference remains scheduled for September 4, 2019 at 4:00 p.m.**  With respect to the Scheduling Order reflected in ECF#63, counsel will file a **Proposed Amended Scheduling Order by Friday, December 7, 2018**.

    Although informal in format, this letter nonetheless constitutes an Order of Court and the Clerk is directed to docket it as such.

                             Sincerely,

                               /s/

                             Richard D. Bennett
                             United States District Judge

RDB/klf